**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————
www.cand.uscourts.gov

Richard W. Wieking                                                                                       General Court Number
Clerk                                                                                                              415.522.2000

November 19, 2007

United States District Court
for the Southern District of Florida
West Palm Beach Division
701 Clematis Street, Room 402
West Palm Beach, FL 33401

RE: CV 07-04600 MHP  NICK POURNARAS-v-PEGAS WIRELESS CORP.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

        ☒    Certified copy of docket entries.

        ☒    Certified copy of Transferral Order.

        ☒    Original case file documents.

        ☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                                  Sincerely,
                                  RICHARD W. WIEKING, Clerk

                                  *[signature: Gina Agustine]*

                                  by:  Gina Agustine-Rivas
                                  Case Systems Administrator

Enclosures
Copies to counsel of record